|  | FILED |
|---|---|
|  | January 23, 2012 |
|  | CLERK, US DISTRICT COURT |
|  | EASTERN DISTRICT OF |
|  | CALIFORNIA |
|  | DEPUTY CLERK |

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                  )  Case No. 2:12-MJ-00018-DAD-1
        Plaintiff, )
v. )  ORDER FOR RELEASE OF
                                  )  PERSON IN CUSTODY
NADIYAH MUHAMMAD WOODS , )
        Defendant. )

\* Amended release order will follow setting date for defendant's delivery from County custody to Pretrial Services for delivery to the Effort.

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Nadiyah Muhammad Woods</u>, Case No. <u>2:12-MJ-00018-DAD-1</u>, Charge <u>Title 18 USC §§ 2, 286, 287, 1341, 1028A(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_    Release on Personal Recognizance

    X    Bail Posted in the Sum of $ 50,000

            X    Unsecured Appearance Bond

            \_\_    Appearance Bond with 10% Deposit

            \_\_    Appearance Bond with Surety

            \_\_    Corporate Surety Bail Bond

    X    (Other) <u>Pretrial Services Supervision – residence at the Effort.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>January 23, 2012</u> at <u>3:15</u> pm.

By <u>Dale A. Drozd</u>
       Dale A. Drozd
       United States Magistrate Judge