IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

NADIYAH MUHAMMAD WOODS,

    Defendant.

_____/

NO. CR. 12-0075 KJM

ORDER

      On April 3, 2013, the court sentenced defendant Woods to the custody of the Attorney General to serve a total term of thirty-seven months, recommended that defendant be incarcerated at FCI Dublin, and set a self-surrender date of June 12, 2013.  The court has been informed that the Bureau of Prisons has designated FCI Phoenix as Woods' place of incarceration.  Defense counsel has inquired about the Phoenix placement, given that it will eliminate the possibility of visitation by Woods' young daughters.  This case is the second in as many weeks in which the court has learned that a recommended FCI Dublin placement did not materialize.  Given the continuing unavailability of a halfway house in the Eastern District, it appears that a combination of circumstances means that Woods will be detained at some distance for the entirety of her term of incarceration and any initial period of reentry.

      While recognizing that the court can only recommend placements, and that the Bureau of Prisons does not as a matter of policy notify the court each time it is unable to comply with a recommendation, the court also understands that the Bureau is able to provide

1

1 | reasons in a specific instance for its inability to follow a recommendation. Given the
2 | circumstances of this case, the court requests that the Bureau of Prisons provide a written
3 | explanation to the court, within fourteen days of the date of this order, explaining why Woods
4 | cannot be accommodated at FCI Dublin.
5 |       IT IS SO ORDERED.
6 | DATED: April 19, 2013.

UNITED STATES DISTRICT JUDGE