**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**


**M E M O R A N D U M**


Honorable Morrison C. England, Jr.          **RE:  Nadiyah Muhammad Woods**
Chief United States District Court Judge          **Docket Number:  2:12CR00075-01**
Sacramento, California          **PERMISSION FOR DISCLOSURE OF**
          **INFORMATION PURSUANT TO**
          **LOCAL RULE 460(b) AND/OR 461(b)**


Your Honor:


Ms. Nadiyah Muhammad Woods is seeking the disclosure of confidential records maintained by the Probation Office.


**Specific Records Requested:**
Drug testing reports.


**Purpose/Need for Release of Information:**
Ms. Woods is involved in litigation over custody/visitation rights involving her children.


**Conviction and Sentencing Date:**   On April 3, 2013, Ms. Nadiyah Muhammad Woods was sentenced for the offenses of 18 USC 286 – Conspiracy to Defraud the United States with Respect to Claims; 18 USC 287 – False Claims to an Agency of the United States; and 18 USC 1341 – Mail Fraud.


**Sentence Imposed:**   37 months custody Bureau of Prisons; 36 months Supervised Release; $902,617.00 Restitution; $300 Special Assessment.


**Response to Supervision:**   Ms. Woods' term of supervised release commenced on February 12, 2015.  She declined correctional treatment because she felt it was not needed due to her prior participation in Moral Recognition Therapy and correctional treatment.  However, she was placed in drug testing and, as of this dictation, no positive test results have been reported.  With respect to employment, Ms. Woods secured a job and appeared to be making positive strides.

1

RE:     **Nadiyah Muhammad Woods**
        **Docket Number:  2:12CR00075-01**
        **PERMISSION FOR DISCLOSURE OF INFORMATION**
        **PURSUANT TO LOCAL RULE 460(b) AND/OR 461(b)**

However, she was arrested on April 20, 2015, for driving under the influence of alcohol (disposition is still pending in this matter).  Subsequently, she lost her job and is currently seeking employment.  Ms. Woods has since enrolled in Re-Entry Court and is scheduled to begin on July 1, 2015.  Additionally, Ms. Woods is now participating in treatment.

**Recommendation:**

According to Ms. Woods, she relinquished guardianship when she was incarcerated.  Since her release, she has encountered resistance from her daughters' guardian with respect to regaining custody and visitation.  She has since hired an attorney to assist her in this matter and he advised her to obtain her drug test results which may help her cause.  The Probation Office has no objections to releasing Ms. Woods' drug test results.

Respectfully submitted,

*/s/ Kris M. Miura*

**Kris M. Miura**
**United States Probation Officer**

Dated:  June 29, 2015
        Elk Grove, California
        KMM/sda

**REVIEWED BY:**     */s/ George A. Vidales for*
                    **Jack C. Roberson**
                    **Deputy Chief United States Probation Officer**

---

## ORDER OF THE COURT

☒     Approved          ☐     Disapproved

**Dated:  June 29, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT                          '. 05/2013

RE:     **Nadiyah Muhammad Woods**
        **Docket Number:  2:12CR00075-01**
        **<u>PERMISSION FOR DISCLOSURE OF INFORMATION</u>**
        **<u>PURSUANT TO LOCAL RULE 460(b) AND/OR 461(b)</u>**

3